Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
(212) 309-6000

*Attorneys for Defendant Moody's Analytics, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **GREGORY CLEMENS,**<br><br>　　　　　**Plaintiff,**<br><br>　　v.<br><br>**MOODY'S ANALYTICS, INC.,**<br><br>　　　　　**Defendant.** | CIVIL ACTION NO.  17-cv-00410 (GHW)<br><br>**ELECTRONICALLY FILED** |

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Moody's Analytics, Inc. submits the following disclosure statement:

　　　　Moody's Analytics, Inc. is a wholly-owned subsidiary of Moody's Corporation, a publicly held company.  Berkshire Hathaway, Inc. is the only publicly held company that owns 10% or more of the stock of Moody's Corporation.

| | |
|---|---|
| Dated: March 10, 2017 | Respectfully submitted,<br><br>**MORGAN LEWIS & BOCKIUS LLP**<br><br>By: */s/ Jason D. Burns*<br>      Kenneth J. Turnbull<br>      Jason D. Burns<br><br>101 Park Avenue<br>New York, NY 10178<br>Tel: (212) 309-6000<br>Fax: (212) 309-6001<br>kenneth.turnbull@morganlewis.com<br>jason.burns@morganlewis.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served by ECF a true and correct copy of

Defendant's Rule 7.1 Disclosure Statement on this 10th day of March, 2017 on:

> Kaiser Saurbron & Mair, P.C.
> David N. Mair, Esq.
> 111 Broadway 18th Floor
> New York, New York 10006

    Attorneys for Plaintiff

> /s/ Jason D. Burns
> Jason D. Burns
> MORGAN, LEWIS & BOCKIUS LLP
> 101 Park Avenue
> New York, NY 10178