UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GREGORY CLEMENS,

                Plaintiff,

-against-

MOODY'S ANALYTICS, INC.,
                Defendant.
-----------------------------------------------------------X

17 CIVIL 410 (PAC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 3, 2020, the Court finds that it properly exercised supplemental jurisdiction in its grant of summary judgment in favor of the Defendant on Plaintiff's NYLL and breach of contract claims; accordingly, the case is closed.

**Dated:** New York, New York
         January 3, 2020

                                                **RUBY J. KRAJICK**

                                                  Clerk of Court

                         **BY:**
                                                  **Deputy Clerk**